806

ther consideration in light of *NLRB* v. *Transportation Management Corp.*, 462 U. S. 393 (1983).

No. 82–1828. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *v.* NORTHERN PLAINS RESOURCE COUNCIL ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ruckelshaus* v. *Sierra Club*, 463 U. S. 680 (1983).

No. 82–1944. UNITED STATES *v.* GONSALVES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Hasting*, 461 U. S. 499 (1983).

No. 82–1975. DISTRICT 1199, NATIONAL UNION OF HOSPITAL & HEALTH CARE EMPLOYEES, A DIVISION OF RETAIL, WHOLESALE & DEPARTMENT STORE UNION, AFL–CIO *v.* ASSAD ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *DelCostello* v. *Teamsters*, 462 U. S. 151 (1983).

No. 82–1870. MIANECKI ET AL. *v.* SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA ET AL. Sup. Ct. Nev. Certiorari dismissed for want of a final judgment.

No. — — ——. IN RE FREEMAN. Motion to direct the Clerk to file the petition for writ of mandamus denied.

No. — — ——. HEFLIN ET AL. *v.* KENTUCKY STATE RACING COMMISSION ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. — — ——. SMITH, PERSONAL REPRESENTATIVE OF THE ESTATE OF OLSON *v.* UNITED STATES. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–108. HENRY S. BRANSCOME, INC., ET AL. *v.* UNITED STATES. Application for stay of the mandate of the United States Court of Appeals for the Fourth Circuit, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. The order, heretofore entered by JUSTICE BRENNAN, is vacated.